UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-CR-27-002 |
| | ) | JUDGE CORKER |
| KELLY SCOTT RILEY | ) | |
| | ) | |

## NOTICE OF INTENT TO CALL WITNESS AT SENTENCING HEARING

The United States gives notice of the intent to offer testimony from the following law enforcement witnesses at the sentencing hearing for the defendant, which is currently scheduled for January 28, 2026, at 2:30 p.m. - Jonathon Tyler Mulkey, Kingsport Police Department and the Second Judicial Drug Task Force.

The United States estimates that proof by the United States from Officer Mulkey should not take more than 20 minutes.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ B. Todd Martin
B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TENNESSEE 37743
Todd.Martin2@usdoj.gov
423/639-6759